No. 674. SCHRIBER-SCHROTH Co. *v.* CLEVELAND TRUST Co. ET AL.;

No. 675. ABERDEEN MOTOR SUPPLY Co. *v.* SAME; and

No. 676. F. E. ROWE SALES Co. *v.* SAME. February 14, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs.*

*Thomas G. Haight, George L. Wilkinson, John H. Bruninga,* and *John H. Sutherland* for petitioners. Messrs. *A. C. Denison, F. O. Richey* and *Wm. C. McCoy* for respondents. Reported below: 92 F. 2d 330.